# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Linda D Brennan, | : | Case No. 17-13764-mdc |
|  | : | Chapter 13 |
|  | : |  |
|  | : | **DEBTORS MOTION FOR** |
| Debtor | : | **VOLUNTARY DISMISSAL OF** |
|  | : | **CHAPTER 13 CASE** |

DEBTOR, moves this honorable Court for an order dismissing the above titled bankruptcy case pursuant to 11 U.S.C. §1307(b) and Local Rule 1017-2(a) and avers as follows:

1. Debtor commenced this voluntary case under Chapter 13 and the case has not been converted under 11 U.S.C. §§ 706, 1112, 0r 1208;

2. A Contested Motion for Relief From Automatic Stay for Adequate Protection is pending.

3. Debtor has made no arrangements or agreements with any creditor or other person in connection with this motion for dismissal.

4. Debtor seeks dismissal to explore option in State Court to open or strike existing foreclosure liens and judgments AND other reasons.

WHEREFORE, Debtor requests this Court grant and ORDER Dismissing the case without prejudice.

4 January 2018                                             /s/Paul A R Stewart
                                                                    Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Linda D Brennan, | : | Case No. 17-13764-mdc |
|  | : | Chapter 13 |
|  | : |  |
|  | : | **DEBTORS MOTION FOR** |
| Debtor | : | **VOLUNTARY DISMISSAL OF** |
|  | : | **CHAPTER 13 CASE** |

ORDER

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

_____
MAGDELINE D COLEMAN, JUDGE

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Debtor's Motion for Voluntary Dismissal of Chapter 13 Case</u> was served on January 4, 2018, by means of the Court's CM/ECF system upon the following:

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

                                                /S/ Paul A.R. Stewart, Esquire
                                                _____
                                                Legal Helm, LLC
                                                Paul A.R. Stewart, Esquire
                                                Attorney for Debtor
                                                333 East Lancaster Avenue
                                                Suite 140
                                                Wynnewood, Pennsylvania 19096
                                                (610) 864-5600
                                                **pstewart@helmlegalservices.com**