# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Linda D Brennan, | : | Case No. 17-13764-mdc |
| | : | Chapter 13 |
| | : | |
| | : | **DEBTORS MOTION FOR** |
| Debtor | : | **VOLUNTARY DISMISSAL OF** |
| | : | **CHAPTER 13 CASE** |

ORDER

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

January 8, 2018

_____
MAGDELINE D COLEMAN, JUDGE