United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13764-mdc
Linda Diane Brennan                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Jan 08, 2018
                              Form ID: pdf900             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
```
db              Linda Diane Brennan,    3169 Deer Creek Road,    Worcester, PA 19490
13931065       +Amazon Chase Visa,    PO Box 15123,    Wilmington, DE 19850-5123
13931066       +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
13931064       +Fay Servicing, LLC,    440 S LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
13931068       +Macys,    PO Box 9001094,    Louisville, KY 40290-1094
14012703       +Wilmington Trust, N.A.,    3000 Kellway Dr. Ste 150,    Carrollton TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 09 2018 01:27:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2018 01:27:19      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2018 01:27:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13940842        E-mail/Text: mrdiscen@discover.com Jan 09 2018 01:27:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13931067       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2018 01:27:10      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
```
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
              PAUL A.R. STEWART    on behalf of Debtor Linda Diane Brennan pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-2 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____ :
: Case No. 17-13764-mdc
IN RE: Linda D Brennan, : Chapter 13
:
: **DEBTORS MOTION FOR**
Debtor : **VOLUNTARY DISMISSAL OF**
_____: **CHAPTER 13 CASE**

ORDER

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

January 8, 2018

_____
MAGDELINE D COLEMAN, JUDGE